In the Matter of the Appointment of a Member of the Committee on Character and Fitness of Applicants for Admission to the Bar in the Fifth Judicial District.— George Pritchard, of Utica, is appointed a member of said committee, in the place of Julius T. A. Doolittle, resigned.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAY R. GILSON, Relator, v. JOHN H. GIBBONS, Mayor of the City of Lackawanna, and Others, Respondents.— Writ of certiorari sustained, determination of commissioners of police annulled, and a rehearing directed before the commissioners, with fifty dollars costs and disbursements to the relator. The findings of the commissioners, in so far as they find the relator guilty of any of the charges, are reversed. All concur.

DELLA THOMAS, Respondent, v. THE BUFFALO COLUMBUS HOSPITAL, Appellant.— Judgment and order affirmed, with costs. (See *Ward* v. *Saint Vincent's Hospital*, 39 App. Div. 624.) All concur.

CHARLES M. LANE, Respondent, v. ALBERT W. JACOBS, Appellant.— Judgment affirmed, with costs. All concur, except Kruse, P. J., who dissents; Clark, J., not sitting.

AGNES LEARN, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur.

NELSON LEARN, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur.

BERTHA E. JONES AUSTIN, as Administratrix, etc., of HOWARD JONES, Deceased, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concur.

EDWARD L. CARPENTER, Appellant, v. ELMER BENSON, Respondent.— Judgment and order affirmed, with costs. All concur.

MICHAEL LUKACIEWICZ, Respondent, v. HEDWIGA RUCZYNSKI, Appellant. — Judgment of County Court, judgment of Municipal Court, order denying motion to open default, order denying amended motion to vacate judgment, reversed, and motion to be relieved from the default granted; and all other orders and judgments made herein by the County Court and the Municipal Court are vacated and set aside, and a new trial granted in the Municipal Court, to be had on the 25th day of October, 1921, at ten A. M., upon condition that the appellant pay the terms authorized in the charter of the city of Dunkirk (§ 216),* viz., the costs included in the judgment and three dollars motion costs; but without costs of this appeal to either party. All concur.

---

* Laws of 1909, chap. 538, § 216.—[REP.